IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRIS DAVIS, ADC #146089,
and JOHN R. BOYER                                                    PLAINTIFFS

v.                          No. 1:16-cv-13-DPM

STAN HAYNE, Administrator,
Sharp County Jail, and
MARK COUNTS, Sheriff, Sharp County                     DEFENDANTS

ORDER

Davis and Boyer haven't filed separate complaints; and Davis hasn't updated his mailing address with the Clerk. № 3 & 4. The time to do so has passed. The complaint will therefore be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 April 2016