IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRIS DAVIS, ADC #146089,
and JOHN R. BOYER                                              PLAINTIFFS

v.                         No. 1:16-cv-13-DPM

STAN HAYNE, Administrator,
Sharp County Jail, and
MARK COUNTS, Sheriff, Sharp County                             DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 April 2016